In the Matter of the Application of THE TOWERS MANAGEMENT CORPORATION, Respondent, for a Peremptory Mandamus Order against EDWIN H. THATCHER, Commissioner of Buildings, Borough of Brooklyn, and SAMUEL FASSLER and Others, as Members of the Board of Buildings of the City of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of CATHERINE WALSH DRISCOLL to Compel MATTHEW WALSH, as Administrator, etc., of EDWARD WALSH, Deceased, to Render and Settle His Accounts as Such Administrator. CATHERINE WALSH DRISCOLL, Respondent; MATTHEW WALSH, as Administrator, etc., of EDWARD WALSH, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of JEROME EISNER, Respondent, to Render and Settle His Account as Executor, etc., of MAX WILLIAMS, Deceased. LIA VILLARI and ANNIE S. BRENAN, as Executrices and Trustees, etc., of ANNETTA VILLARI, Deceased, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

EDWARD JOCKERS, Appellant, v. R. E. CARRICK Co., INC., and JAMES STEWART Co., INC., Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

JOHN KRISS, Appellant, v. MARY KRISS, Individually and as Administratrix, etc., of ANDREW KRISS, Deceased, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 847.] Questions to be certified. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ. Settle order on notice.

LAWRENCE MEADOW COMPANY, Respondent, v. BEN T. WELCH and Others, etc., Appellants, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

MAMMIE LESSIG, as Administratrix, etc., of BENJAMIN LESSIG, Deceased, Appellant, v. NEW YORK CENTRAL RAILROAD, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell and Davis, JJ.; Hagarty, J., not voting.

MARION W. McCARTER and Others, Respondents, v. CHARLES D. BECKWITH and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Young, J., not voting.

MINA MEISELMAN, Appellant, v. ETHEL COHEN and CAROLINE AGRESS, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THOMAS MULCAHY, Respondent, v. BROOKLYN EDISON COMPANY, INC., Defendant; BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant. WILLIAM FENSTER and ESTHER FENSTER, Respondents, v. BROOKLYN EDISON COMPANY, INC., Defendant; BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD